JOHN DE PASQUALE, Respondent, v. AMELIA CAINELLI, Appellant.— Order granting examination of defendant before trial affirmed, with ten dollars costs and disbursements. No opinion. Rich, Jaycox, Manning and Kelby, JJ., concur; Kelly, P. J., dissents upon the ground that it appears on the face of the papers that the proposed examination is not asked in good faith. Motion for stay denied, and temporary stay vacated. Settle order on notice.

PATRICK H. DOLAN, Respondent, v. LOUIS MEYER and Another, Copartners, etc., Appellants.— Order denying defendants' motion to strike out the second cause of action contained in the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MORRIS U. ELY and Another, as Receivers, etc., Respondents, v. EMPIRE STEEL PARTITION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SOL FEINBERG, Appellant, v. MAX MANDEL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JACK GALANTI, Respondent, v. BRADY & GIOE, INC., Appellant.— Order denying defendant's motion to dismiss the complaint modified by adding thereto a provision that the question of fact as to the execution of the general release by the plaintiff be tried by a jury, the findings to be reported to the court for its action as provided in Civil Practice Rule 108;* and as so modified order affirmed, without costs. On the facts disclosed in the papers, the issue as to the execution of the alleged release in no way involves the main issue, and the necessity for what would be in effect two trials of the same issue is not presented. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle order on notice.

JAMES HARRIGAN, Respondent, v. NEW SYSTEM LAUNDRY, INC., Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GEORGE J. HERBERGER, Respondent, v. WASHINGTON BULKLEY, INC., Appellant.— Order granting motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

SYLVESTER HULSE, Appellant, v. CLINTON F. WEST, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ANTHONY NIESEN, Respondent, v. CHARLES GALEWSKI, Appellant.— Judgment and order reversed upon the law, and complaint unanimously dismissed, with costs. In our opinion the evidence presented on the trial was not sufficient to support the finding of the jury that plaintiff's assignor was employed by the defendant. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

INTERSTATE PARLOR FRAME CO., INC., Respondent, v. GLUCK BROS., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.